IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

| Civil Action No.: | 17-cv-00584-PAB-NYW | Date: | October 16, 2018 |
|---|---|---|---|
| Courtroom Deputy: | Sabrina Grimm | Court Reporter: | Janet Coppock |

*Parties:*                                                                  *Counsel:*

SEAN SEELEY,                                                      Bryan Doran

   Plaintiff,

v.

HOME DEPOT USA, INC., a Delaware corporation,        Arthur Smith

   Defendant.

## COURTROOM MINUTES

**JURY TRIAL – DAY 2**

**8:40 a.m.**     **Court in session.**

Court calls case. Appearances of counsel.

Also present and seated at Defendant's counsel table, legal assistant Delwin Hervey and Home Depot client representative Tess Simpkins.

Discussion regarding pending motion [95].

**ORDERED:** Defendant Home Depot U.S.A., Inc.'s Motion to Call Witness Nadia Solsbery Via Deposition Testimony [95] is HELD IN ABEYANCE.

Discussion regarding scheduling.

**8:48 a.m.**     **Court in recess.**
**8:53 a.m.**     **Court in session.**

Jurors present.

Plaintiff's witness, Dominic Nappi, sworn.

8:56 a.m.	Direct examination of Mr. Nappi by Mr. Doran.

Reference to the February 12, 2018 deposition transcript of Mr. Nappi.

**Plaintiff's Exhibits 3, 17, and 24 are admitted.**

9:33 a.m.	Cross examination of Mr. Nappi by Mr. Smith.

**Plaintiff's Exhibit 4 is admitted.**
**Home Depot lumber cart for demonstrative purposes only.**

9:59 a.m.	Redirect examination of Mr. Nappi by Mr. Doran.

Witness excused.

Jurors excused.

Discussion regarding Mr. Nappi's testimony.

**10:22 a.m.	Court in recess.**
**10:38 a.m.	Court in session.**

Jurors present.

Plaintiff, Sean Seeley, sworn.

10:40 a.m.	Direct examination of Mr. Seeley by Mr. Doran.

**Plaintiff's Exhibit 2 is refused.**

11:27 a.m. to 11:30 a.m.	Bench conference.

Continued direct examination of Mr. Seeley by Mr. Doran.

11:30 a.m. to 11:33 a.m.	Bench conference.

Continued direct examination of Mr. Seeley by Mr. Doran.

**Plaintiff's Exhibits 7, 10, and 8 are admitted.**

11:42 a.m. to 11:46 a.m.	Bench conference.

Continued direct examination of Mr. Seeley by Mr. Doran.

Court instructs jurors. Jurors excused.

Discussion regarding Exhibit 9.

**11:56 a.m.	Court in recess.**
**1:23 p.m.	Court in session.**

Discussion regarding Exhibit 9.

1:26 p.m.	Jurors present.

1:27 p.m.	Continued direct examination of Mr. Seeley by Mr. Doran.

**Plaintiff's Exhibit 12 is refused.**

2:04 p.m.	Cross examination of Mr. Seeley by Mr. Smith.

Reference to the July 26, 2017 deposition transcript of Mr. Seeley.

**Plaintiff's Exhibit 6 is admitted.**

Jurors excused.

**3:15 p.m.	Court in recess.**
**3:33 p.m.	Court in session.**

Discussion regarding scheduling.

3:35 p.m.	Jurors present.

3:36 p.m.	Continued cross examination of Mr. Seeley by Mr. Smith.

3:48 p.m.	Redirect examination of Mr. Seeley by Mr. Doran.

3:58 p.m.	Recross examination of Mr. Seeley by Mr. Smith.

Witness excused.

Defendant's witness, Andrea Knutson, sworn.

4:01 p.m.	Direct examination of Ms. Knutson by Mr. Smith.

**Defendant's Exhibit A6 is admitted.**

4:30 p.m.	Cross examination of Ms. Knutson by Mr. Doran.

4:34 p.m.        Redirect examination of Ms. Knutson by Mr. Smith.

**Plaintiff's Exhibit 5 is admitted.**

Witness excused.

4:38 p.m. to 4:41 p.m.         Bench conference.

Court instructs jurors.  Jurors excused until October 18, 2018 at 8:30 a.m.

**4:43 p.m.        Court in recess.**
**5:04 p.m.        Court in session.**

Discussion regarding proposed jury instructions.

**5:36 p.m.        Court in recess.**

Trial continued.
Total in-court time:    6:29